# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 20, 2017

## NO. 03-16-00044-CV

**Lennis L. Nichols, Appellant**

**v.**

**Brent Goodger and Patrice Goodger, Appellees**

**APPEAL FROM THE 22ND DISTRICT COURT OF CALDWELL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND GOODWIN**
**AFFIRMED—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the district court on December 15, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.